**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: February 23, 2015**

_____

UNITES STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
NANCY FIROR KIBBEE                          CASE NO: 14-12871

                                            CHAPTER 13

                                            JUDGE: PERLMAN
DEBTOR

                                            ORDER GRANTING
                                            OBJECTION TO PROOF
                                            OF CLAIM 5-1 (Service)

    This matter is before the Court on the Debtor(s) Objection to Proof of Claim. Doc. #32.  For the reasons stated in the objection, the claim of the creditor, Godbey & Associates, shall be set at $0.

Information regarding the objection is as follows:

1. Name and address of claimant:
   Godbey & Associates
   708 Walnut Street, Suite 600
   Cincinnati, Ohio 45202

2. Attorney of record and address:
   Godbey & Associates
   708 Walnut Street, Suite 600
   Cincinnati, Ohio 45202

3. Date Claim Filed: 11/05/14

4. Clerk Claim No: 5-1

5. Grounds for objection:

   The claim 5-1 filed by Steven Sorg of Godbey & Associates should be set at $0.

**IT IS SO ORDERED**

/s/ Robert A. Goering
Robert A. Goering

Served upon:

Default list and additional parties

Randy Firor
241 E. Mountain Set Place
Tucson, AZ 85704

Thomas Firor
9925 Forest Glen Drive
Cincinnati, Ohio 45242

Godbey & Associates
708 Walnut Street, Suite 600
Cincinnati, Ohio 45202

###